| | |
|---|---|
| 1 | J. STEPHANIE KRMPOTIC, SBN 128671 |
| | LEEH A. DIBELLO, SBN 214349 |
| 2 | LOW, BALL & LYNCH |
| | 505 Montgomery Street, 7th Floor |
| 3 | San Francisco, California 94111 |
| | Telephone:    (415) 981-6630 |
| 4 | Facsimile:    (415) 982-1634 |
| | jskrmpotic@lowball.com |
| 5 | Attorneys for Defendant LITTAU TRUCKING, LLC |
| 6 | |
| | BANAFSHEH, DANESH & JAVID, PC |
| 7 | RAPHAEL D. JAVID [SBN 218553] |
| | rj@bhattorneys.com |
| 8 | OWILI K. EISON [SBN 271802] |
| | oe@bhattorneys.com |
| 9 | 9701 Wilshire Boulevard, 12th Floor |
| | Beverly Hills, California 90212 |
| 10 | Telephone: (310) 887-1818 |
| | Facsimile:  (424) 835 - 7849 |
| 11 | |
| 12 | Attorneys for Plaintiffs EDWARD P. HARTWIG |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| EDWARD P. HARTWIG, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH M. DOOLEY, an individual; LITTAU TRUCKING, LLC; and DOES 1-20, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-00934-MCE-DB<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF THE COMPLAINT FILED BY PLAINTIFF EDWARD P. HARTWIG** |

## STIPULATION OF THE PARTIES

Plaintiff Edward P. Hartwig, through their counsel of record, hereby stipulate that the complaint against Defendants Joseph M. Dooley and Littau Trucking, LLC. may be dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A).

Defendant Littau Trucking, LLC, through their counsel of record, stipulates to the dismissal of

the Complaint with prejudice.

Defendant Joseph M. Dooley has not appeared on this case and is not represented.

The Parties further stipulate that the parties shall bear their own attorneys' fees, expenses and costs.

**IT IS SO STIPULATED**.

Dated: August ____, 2019

                                BANAFSHEH, DANESH & JAVID, PC

                                By   /s/ Raphael Javid
                                       RAPHAEL D. JAVID
                                       OWILI K. EISON
                                       Attorneys for Plaintiff

Dated: August ____, 2019

                                LOW, BALL & LYNCH

                                By  /s/ Leeh DiBello
                                     J. STEPHANIE KRMPOTIC
                                     LEEH A. DIBELLO
                                     Attorneys for Defendant
                                     LITTAU TRUCKING, LLC

///

///

///

**ORDER**

Pursuant to the Parties' Stipulation (ECF No. 9), this case this DISMISSED with prejudice. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: August 21, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE